# IN THE UNITED STATES DISTRICT COURT FOR MARYLAND

ARRON FREDERICK LEMON$_{TM}$ – Plaintiff

c/o Lemon, Arron Frederick Secured Party Creditor$_{TM}$ – Central Authority of Origin

6868 Archibald Drive

Glen Burnie, Maryland; near [21060]

Non-Domestic without the U.S.

(410) 961-3638

arronfredericklemon@gmail.com

VS.

Case No. _ELH 15 CV 2842_

THE CIRCUIT COURT FOR HOWARD COUNTY – Defendant

c/o LENORE R. GELFMAN d/b/a ADMINISTRATIVE JUDGE

8360 Court Avenue

Ellicott City, Maryland 21043

&

MARYLAND DEPARTMENT OF HUMAN RESOURCES – Defendant

c/o SAMIR MALHOTRA, d/b/a SECRETARY OF HUMAN RESOURCES

311 West Saratoga Street

Baltimore, Maryland 21201

MARYLAND OFFICE OF ATTORNEY GENERAL

c/o BRIAN E. FROSH, d/b/a ATTORNEY GENERAL – Central Authority of Destination

200 Saint Paul Place

Baltimore, Maryland 21202

Central Authority of Origin has paid $46 in accordance with UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND schedule of fees, effective 1/1/2015.

## Letter Rogatory

*TITLE 28 U.S.C. § 1781*

Plaintiff, ARRON (AARON) FREDERICK LEMON_{TM} [*aggrieved party*], by ITS' Authorized Officer, Lemon, Arron Frederick Secured Party Creditor _{TM}, Central Authority of Origin, appearing "Specially", Not generally, before the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND without waiving Any [*rights*], [*remedies*] or Defenses, STATUTORY or Procedural, Invoking Equity, as the Central Authority authorizing this Letter Rogatory has the Honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

Requests the services of the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, UNITED STATES DEPARTMENT OF JUSTICE DISTRICT OF MARYLAND, UNITED STATES DEPARTMENT OF STATE OFFICE OF CHILDREN'S ISSUES, UNITED STATES ORGANIZATION OF AMERICAN STATES, FEDERAL TRADE COMMISSION, SECURITIES AND EXCHANGE COMMISSION, FEDERAL BUREAU OF INVESTIGATIONS & INTERNAL REVENUE SERVICE.

The Central Authority authorizing this, requests the service be carried out in the following manner: In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention;

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

*F.R.C.P. RULES 16, 26-37, LOCAL RULES 103 & 104*

CHIEF JUDGE CATHERINE C. BLAKE, being the Only district Judge with precedence, codified at *TITLE 28 U.S.C. § 136*, shall issue an order authorizing the [*aggrieved party*], by ITS' Authorized Officer, Lemon, Arron Frederick Secured Party Creditor _{TM}, Central Authority of Origin to depose the names of the DEFENDANTS, as the [*aggrieved party*], by ITS' Authorized Officer, Lemon, Arron Frederick Secured Party Creditor _{TM}, Central Authority of Origin intends to bring an action under *TITLE 28 U.S.C. §§ 1330 -1333, 1335, 1337 – 1340, 1343, 1349, 1357, 1361* and *1368 & LAR*, which cannot be

2

presently brought until the DEFENDANTS answer the accompanying 25 interrogatories, as the perpetuation is relevant and necessary to determine motive; to determine the DEFENDANTS' interest, if Any, in the Real Property of the [aggrieved party] and Central Authority of Origin, and shall also issue an order to compel the DEFENDANTS to disclose motive and the DEFENDANTS' interest, if Any, in the Real Property of the [aggrieved party] and Central Authority of Origin, as numerous attempts have been made to acquire such disclosure.

The facts that shall be established by the proposed testimonies are as follows:

Fraud is upon the CIRCUIT COURT FOR HOWARD COUNTY;

THERESA JAYOUNG MOSLEY Willfully took the Child of ARRON (AARON) FREDERICK LEMON$_{TM}$ to live with HER stepmother in North Carolina a.k.a. DESERTED the Child of ARRON (AARON) FREDERICK LEMON$_{TM}$ several STATES away;

LENORE R. GELFMAN, d/b/a ADMINSTRATIVE JUDGE Willfully Neglected to perform HER duties;

MARY MORTON KRAMER, d/b/a ASSOCIATE JUDGE kidnapped the Child of ARRON (AARON) FREDERICK LEMON$_{TM}$ through HER "fact finding";

The Child of ARRON (AARON) FREDERICK LEMON$_{TM}$ was in the custody of the Central Authority of Origin when the Child was wrongfully removed;

The CIRCUIT COURT FOR HOWARD COUNTY Willfully erred in its' judgment as it had No Authority, Jurisdiction, Nor Venue to take the Child of ARRON (AARON) FREDERICK LEMON$_{TM}$;

The CIRCUIT COURT FOR HOWARD COUNTY Willfully erred in its' judgment as it had No Authority, Jurisdiction, Nor Venue to Contract ARRON (AARON) FREDERICK LEMON$_{TM}$ or the Central Authority of Origin with THERESA JAYOUNG MOSLEY and MARYLAND DEPT. OF HUMAN RESOURCES and/or Any subdivision thereof;

The [aggrieved party] & Central Authority of Origin have No [Contract] with the THERESA JAYOUNG MOSLEY, MARYLAND DEPT. OF HUMAN RESOURCES or the EMPLOYEES/OFFICERS/USURPERS of the CIRCUIT COURT FOR HOWARD COUNTY;

The CIRCUIT COURT FOR HOWARD COUNTY has Willfully and blatantly disregarded State and

Federal Law;

The CIRCUIT COURT FOR HOWARD COUNTY has Willfully and blatantly disregarded the [aggrieved party] & Central Authority of Origin's [rights] as stated in the *Universal Declaration of Human Rights, Conventions, united States Constitution, Bill of Rights, Maryland Constitution, Maryland Declaration of Rights,* reaffirmed in the *Statutes At Large,* codified in *MD CODE ANN., F.R.C.P., F.R.CR.P., FEDERAL RULES OF EVIDENCE, U.S.C., C.F.R., UNIFORM COMMERCIAL CODE,* and Upheld by the *united States Supreme Court;*

The CIRCUIT COURT FOR HOWARD COUNTY, THERESA JAYOUNG MOSLEY and MARYLAND DEPT. OF HUMAN RESOURCES Willfully stole moneys from the [aggrieved party] & Central Authority of Origin;

The CIRCUIT COURT FOR HOWARD COUNTY, THERESA JAYOUNG MOSLEY and MARYLAND DEPT. OF HUMAN RESOURCES have been Willfully extorting the [aggrieved party] & Central Authority of Origin;

The CIRCUIT COURT FOR HOWARD COUNTY, THERESA JAYOUNG MOSLEY and MARYLAND DEPT. OF HUMAN RESOURCES are Willfully posing as DEBT collectors;

The CIRCUIT COURT FOR HOWARD COUNTY, THERESA JAYOUNG MOSLEY and MARYLAND DEPT. OF HUMAN RESOURCES have simulated a legal process; and it would be in the Interest Of Justice if this Court were to issue at least a Temporary Restraining Order as stated in the accompanying Complex Bill In Equity, page 12 count 7, until the DEFENDANTS have been thoroughly investigated and have answered the interrogatories in full, under Oath and the penalty of Perjury.

UNITED STATES DEPARTMENT OF JUSTICE DISTRICT OF MARYLAND

*TITLE 18 U.S.C. § 3331 - 3333*

ROD J. ROSENSTEIN d/b/a UNITED STATES ATTORNEY GENERAL DISTRICT OF MARYLAND after receiving this information concerning offenses against the criminal laws of the United States that have been committed, shall inform the Special Grand Jury of these offenses, the identities of the offenders and HIS actions or recommendations shall be reported to this Court, see *TITLE 18 U.S.C. § 2-4 and Wax*

*v. Motley, 510 F.2d 318 (2d Cir. 1975).*

UNITED STATES DEPARTMENT OF STATE OFFICE OF CHILDREN'S ISSUES

HENRY H. HAND, d/b/a DIRECTOR, having received information concerning offenses against the *Hague Convention on the Civil Aspects of International Child Abduction* and the Willful neglect to implement such Convention, shall investigate and inform this Court of HIS investigation and the findings thereof.

UNITED STATES ORGANIZATION OF AMERICAN STATES

MICHAEL J. FITZPATRICK d/b/a DEPUTY PERMANENT REPRESENTATIVE, shall ensure the peaceful settlement of this dispute as the DEFENDANTS are ultimately doing business for the STATE OF MARYLAND # 00-196-9443, which should be a member.

FEDERAL TRADE COMMISSION

EDITH RAMIREZ d/b/a CHAIRWOMAN, having received information concerning offenses against the R.I.C.O., antitrust and commercial laws of the United States that have been committed, shall investigate and inform this Court of HER investigation and the findings thereof.

SECURITIES AND EXCHANGE COMMISSION

MARY JO WHITE, d/b/a/ CHAIRWOMAN, having received information concerning offenses against the *SECURITIES ACT OF 1933* shall investigate and inform this Court of HER investigation and the findings thereof.

FEDERAL BUREAU OF INVESTIGATIONS

KEVIN PERKINS d/b/a SPECIAL AGENT IN CHARGE after receiving this information concerning offenses against the criminal laws of the United States that have been committed, shall investigate and inform this Court of HIS investigation and the findings thereof.

INTERNAL REVENUE SERVICE

JOHN KOSKINEN d/b/a COMMISSIONER after receiving this information concerning offenses against the tax laws of the United States that have been committed, shall investigate and inform this Court of HIS investigation and the findings thereof.

## ANNEX TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION
## OF LETTERS RAGOTORY
## ESSENTIAL INFORMATION

To:

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
c/o CHIEF JUDGE CATHERINE C. BLAKE
101 W. Lombard Street
Baltimore, Maryland 21201

UNITED STATES DEPARTMENT OF JUSTICE DISTRICT OF MARYLAND
c/o ROD J. ROSENSTEIN d/b/a U.S.ATTORNEY GENERAL DISTRICT OF MARYLAND
36 S. Charles Street
Baltimore, Maryland 21201

U.S. DEPT. OF STATE, OFFICE OF CHILDREN'S ISSUES
c/o HENRY H. HAND d/b/a DIRECTOR
SA-17, 9th Floor
WASHINGTON, DC 20522

UNITED STATES ORGANIZATION OF AMERICAN STATES
c/o MICHAEL J. FITZPATRICK d/b/a DEPUTY PERMANENT REPRESENTATIVE
200 17th St NW
Washington, DC 20006

FEDERAL TRADE COMMISSION
c/o EDITH RAMIREZ d/b/a CHAIRWOMAN
600 Pennsylvania Avenue, NW
Washington, DC 20580

SECURITIES AND EXCHANGE COMMISSION
c/o MARY JO WHITE, d/b/a/ CHAIRWOMAN
100 F Street, NE
Washington, DC 20549

FEDERAL BUREAU OF INVESTIGATIONS
c/o KEVIN PERKINS d/b/a SPECIAL AGENT IN CHARGE
2600 Lord Baltimore Drive
Windsor Mill, Maryland 21244

INTERNAL REVENUE SERVICE
c/o JOHN KOSKINEN d/b/a COMMISSIONER
1111 Constitution Avenue, NW #5480
Washington, DC 20224

MARYLAND OFFICE OF ATTORNEY GENERAL
c/o BRIAN E. FROSH, d/b/a ATTORNEY GENERAL
200 Saint Paul Place
Baltimore, Maryland 21202
OFFICE OF THE MARYLAND SECRETARY OF STATE

6

c/o JOHN C. WOBENSMITH d/b/a SECRETARY OF STATE
16 Francis Street
Annapolis, Maryland 21401

CIRCUIT COURT FOR HOWARD COUNTY
c/o LENORE R. GELFMAN, d/b/a ADMINISTRATIVE JUDGE
8360 Court Avenue
Ellicott City, Maryland 21043

MARYLAND DEPT. OF HUMAN RESOURCES
c/o SAMIR MALHOTRA, d/b/a SECRETARY OF HUMAN RESOURCES
311 West Saratoga Street
Baltimore, Maryland 21201

You lot are hereby informed that I have been aggrieved, legally harmed, damaged and those in receipt of

this have the Authority and Duty to resolve this matter, please do so.

A copy of the Letter Rogatory that gives rise to the service or delivery of these documents is attached to

this document. This copy also contains essential information for you. Also attached are copies of the

complaint or pleading initiating the action in which the Letter Rogatory was issued, of the documents

attached to the complaint or pleading, and of any rulings that ordered the issuance of the Letter Rogatory.

**I***

**ADDITIONAL INFORMATION**
**FOR SERVICE**

A.  The document being served on you (original or copy) concerns the following:
     Antitrust violations and property damage.

B. The remedies sought or the amount in dispute is as follows:

1)  This COURT impanel the Special Grand Jury;

2)  This COURT issue an ORDER Authorizing the Central Authority of Origin to depose the named

persons in order to perpetuate their testimony; requiring the DEPONENTS to produce at the deposition

Any and All designated material that is not privileged, including any book, paper, document, record,

recording, or data, electronically stored information, and tangible things that the DEPONENTS have in

ITS' possession, custody, or control and may use to support ITS' claims or defenses concerning

7

case/account #s 13C09077476/30059811 and Any & All other case/account #s associated;

3) This COURT issue an ORDER compelling the DEPONENTS to produce Any and All designated material that is not privileged, including any book, paper, document, record, recording, or data, electronically stored information, and tangible things that the DEPONENTS have in ITS' possession, custody, or control and may use to support ITS' claims or defenses concerning case/account #s 13C09077476/30059811 and Any & All other case/account #s associated; to Come forth Now, On and For the Record and let BRIAN E. FROSH, d/b/a ATTORNEY GENERAL Certify the DEPONENTS' [evidence] under HIS unlimited commercial liability, while under Oath and penalties of the Law, including Perjury, as the DEPONENTS have a Duty to Disclose a copy or a description by category and location of all documents, codified in *F.R.C.P. RULES 26 – 37, F.R.CR.P. RULES 15 & 16 and UNIFORM COMMERCIAL CODE § 2-302,* (depositions shall be set at the Court's discretion or at the earliest convenience);

4) This COURT issue an ORDER for the DEPONENTS and/or BRIAN E. FROSH, d/b/a ATTORNEY GENERAL to appear for one or more pretrial conferences by subpoena, for such purposes as:

    a.  expediting disposition of the action;

    b.  establishing early and continuing control so that the case will not be protracted because of lack of management;

    c.  discouraging wasteful pretrial activities;

    d.  improving the quality of the trial through more thorough preparation; and

    e.  facilitating settlement, codified in *F.R.C.P. RULES 16 & 45,* (conferences shall be set at the Court's discretion or at the earliest convenience);

5) This COURT issue a Preliminary Injunction restraining and enjoining the DEPONENTS from holding, transferring, or dealing with the [*aggrieved party*] & Central Authority of Origin's financial assets [*security interest*] as indicated within the STATE OF MD DEPARTMENT OF ASSESSMENTS AND TAXATION File No. 0000000181524241, pursuant *UNIFORM CODE COMMERCIAL LAW § 9-*

*501(b), F.R.C.P. RULE 65 & TITLE 18 U.S.C. § 1964;*

6)   That the [*aggrieved party*] & Central Authority of Origin be Granted Any and All further [*Remedies*] this COURT deems in the Interest of Justice and such other further [*Relief*] as the nature of this case may require.

C. By this service, you are requested:

To take action immediately as indicated herein and investigate.

D. *In case of service on you as a defendant you can answer the interrogatories before the judicial or other adjudicatory authority specified herein.

* You are being summoned to appear as:

There is a Duty to Disclose as per *F.R.C.P. RULE 26.*

E. If you fail to comply, the consequences might be:

Civil Action for damages

F. You are hereby informed that a defense counsel appointed by the Court or the following legal aid societies are available to you at the place where the proceeding is pending:

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

101 W. Lombard Street

Baltimore, Maryland 21201

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

## II*
## FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY

To:

CIRCUIT COURT FOR HOWARD COUNTY

c/o LENORE R. GELFMAN, d/b/a ADMINISTRATIVE JUDGE

8360 Court Avenue

Ellicott City, Maryland 21043

MARYLAND DEPT. OF HUMAN RESOURCES

c/o SAMIR MALHOTRA, d/b/a SECRETARY OF HUMAN RESOURCES

311 West Saratoga Street

Baltimore, Maryland 21201

MARYLAND OFFICE OF ATTORNEY GENERAL

c/o BRIAN E. FROSH, d/b/a ATTORNEY GENERAL

200 Saint Paul Place

Baltimore, Maryland 21202

You are respectfully requested to furnish the undersigned authority with the following information:
The documents listed in Part III are being furnished to you to facilitate your reply.

## III*
## LIST OF ATTACHED DOCUMENTS

Complex Bill In Equity dated the 24 day of August 2015, 19 pages and filed 15AUG28 AM10:21; and

### INTERROGATORIES

Plaintiff, ARRON (AARON) FREDERICK LEMON$_{TM}$ [*aggrieved party*], by ITS' Authorized Officer,
Lemon, Arron Frederick Secured Party Creditor $_{TM}$, Central Authority of Origin, appearing "Specially",
Not generally, before the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND without waiving Any [*rights*], [*remedies*] or Defenses, STATUTORY or Procedural,
Invoking Equity with these interrogatories, hereby request, pursuant to *F.R.C.P. RULES 26 and 33 and
LOCAL RULES 103 & 104* of the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND, that DEFENDANTS, CIRCUIT COURT FOR HOWARD COUNTY, and MARYLAND
DEPT. OF HUMAN RESOURCES, within thirty (30) days of the date of service hereof, answer in
writing under oath the following interrogatories.

### INSTRUCTIONS

1.  Each interrogatory is to be answered separately, fully and specifically.

2.  Plaintiff hereby request, pursuant to Federal Rule of Civil Procedure 26(e), that after responding to
these interrogatories. DEFENDANTS supplement and/or correct any responses later learned to be
incomplete or incorrect immediately upon learning that a prior response was incomplete or incorrect.

3.     All information requested herein is to be set forth if it is in the possession or control of, or is available or accessible to the DEFENDANTS or any of its agents, consultants, counsel, investigators, representatives or any other person or persons acting for it or on its behalf.

4.     If the DEFENDANTS cannot respond to any of the following interrogatories in full after exercising due diligence to secure the information to do so, then respond to the extent possible and explain its inability to provide a complete answer. State whatever information or knowledge DEFENDANTS have about the unanswered portion of any interrogatory.

5.     If any information called for by an interrogatory is withheld on the basis of a claim of privilege set forth the nature of the claimed privilege and the nature of the information with respect to which it is claimed.

6.     Whenever an interrogatory requests the identification of a document, the answer shall state the name, address, position, and organization of the author and each recipient of the document, the custodian of the document, the date of the document, and a brief description of the subject matter of the document.

7.     Whenever an interrogatory requests the identity of a person, state his or her full name, present or last known address, telephone number, and position of employment at the time in question.

8.     Whenever an interrogatory requests the identity of an entity, state its name, address, telephone number, and the type of business in which the entity engages.

9.     Whenever an interrogatory seeks a description of an act, transaction, occurrence, dealing or instance, state the date when it occurred, the place where it occurred, the identity of each person participating therein, the person on whose behalf each such person participated or purported to participate, the nature and substance of all communications occurring during, or in connection with the act, transaction, occurrence, dealing or instance, and identity all documents referring thereto or reflecting the act, transaction, occurrence, dealing or instance.

10.    Whenever an interrogatory asks for a date, state the exact day, month and year, if ascertainable or, if not, the best approximation thereof.

## PLAINTIFF'S FIRST SET OF INTERROGATORIES

## TO CIRCUIT COURT FOR HOWARD COUNTY

To the extent CIRCUIT COURT FOR HOWARD COUNTY'S response to any of the Requests for Admission set forth in the accompanying Plaintiff's First Set of Requests for Admission to the CIRCUIT COURT FOR HOWARD COUNTY is anything other than an unqualified admission, please (i) state all facts upon which CIRCUIT COURT FOR HOWARD COUNTY'S refusal to admit is based; (ii) identify all persons with knowledge of any such facts; (iii) identify all documents that support CIRCUIT COURT FOR HOWARD COUNTY'S refusal to admit; and (iv) state all facts supporting CIRCUIT COURT FOR HOWARD COUNTY'S claim.

1) Is the CIRCUIT COURT FOR HOWARD COUNTY, a "for profit" VESSEL Organized and Existing Under the Laws of the United States?

2) Is the CIRCUIT COURT FOR HOWARD COUNTY, Operating by and through the EMPLOYEES/OFFICERS/USURPERS thereof?

3) Is the CIRCUIT COURT FOR HOWARD COUNTY bound by the Laws of the *Universal Declaration of Human Rights, Conventions, united States Constitution, Bill of Rights, Maryland Constitution, Maryland Declaration of Rights*, reaffirmed in the *Statutes At Large*, codified in *MD CODE ANN., F.R.C.P., F.R.CR.P., FEDERAL RULES OF EVIDENCE, U.S.C., C.F.R., UNIFORM COMMERCIAL CODE*, and Upheld by the *united States Supreme Court*?

4) Does the CIRCUIT COURT FOR HOWARD COUNTY, Operating by and through the EMPLOYEES/OFFICERS/USURPERS thereof, Recognize the Laws of the *Universal Declaration of Human Rights, Conventions, united States Constitution, Bill of Rights, Maryland Constitution, Maryland Declaration of Rights*, reaffirmed in the *Statutes At Large*, codified in *MD CODE ANN., F.R.C.P., F.R.CR.P., FEDERAL RULES OF EVIDENCE, U.S.C., C.F.R., UNIFORM COMMERCIAL CODE*, and Upheld by the *united States Supreme Court*?

5) Does the CIRCUIT COURT FOR HOWARD COUNTY, Operating by and through the EMPLOYEES/OFFICERS/USURPERS thereof, Recognize the *[aggrieved party]* & Central

Authority of Origin's [*rights*] as stated in the *Universal Declaration of Human Rights, Conventions, united States Constitution, Bill of Rights, Maryland Constitution, Maryland Declaration, of Rights*, reaffirmed in the *Statutes At Large*, codified in *MD CODE ANN., F.R.C.P., F.R.CR.P., FEDERAL RULES OF EVIDENCE, U.S.C., C.F.R., UNIFORM COMMERCIAL CODE*, and Upheld by the *united States Supreme Court?*

6) Under what [*right(s)*] does the CIRCUIT COURT FOR HOWARD COUNTY, Operating by and through the EMPLOYEES/OFFICERS/USURPERS thereof, have to Ignore/Disregard State and Federal Law?

7) Are LENORE R. GELFMAN, d/b/a ADMINSTRATIVE JUDGE and MARY MORTON KRAMER, d/b/a ASSOCIATE JUDGE EMPLOYEES/OFFICERS/USURPERS of the CIRCUIT COURT FOR HOWARD COUNTY?

8) Do LENORE R. GELFMAN, d/b/a ADMINSTRATIVE JUDGE and MARY MORTON KRAMER, d/b/a ASSOCIATE JUDGE have Oaths of Office as per *TITLE 5 U.S.C. § 3331, Maryland Constitution Article 1 § 9, & MD CODE ANN., STATE GOV. § 16-105*; Officer Affidavits as per *TITLE 5 U.S.C. § 3332 & MD CODE ANN., STATE GOV. § 16-107*; Employee Affidavits as per *TITLE 5 USC § 3333 & COMAR*; and Surety Bonds as per *TITLE 5 U.S.C. § 2901 & MD CODE ANN., STATE GOV. § 9-1701 thru 1708?*

9) Did LENORE R. GELFMAN receive information about THERESA JAYOUNG MOSLEY being absent without leave (AWOL) from the UNITED STATES ARMY during a divorce proceeding in the CIRCUIT COURT FOR HOWARD COUNTY from the Central Authority of Origin?

10) Did THERESA JAYOUNG MOSLEY admit to being absent without leave (AWOL) from the UNITED STATES ARMY during a divorce proceeding in the CIRCUIT COURT FOR HOWARD COUNTY?

11) What were LENORE R. GELFMAN's actions after receiving information about THERESA JAYOUNG MOSLEY being absent without leave (AWOL) from the UNITED STATES ARMY

13

during a divorce proceeding in the CIRCUIT COURT FOR HOWARD COUNTY?

12) According to the Records of the CIRCUIT COURT FOR HOWARD COUNTY, who had Custody of Ra Jah Allah Shallah Baraquat$_{TM}$ before THERESA JAYOUNG MOSLEY was ordered to have custody?

13) What were the "facts found" to render Ra Jah Allah Shallah Baraquat$_{TM}$ "a child in need of assistance"; to consider it Anything other than Kidnapping ARRON (AARON) FREDERICK LEMON$_{TM}$'s Child; or Theft of Foreign Goods/Livestock, when there was and is; No Contract; No "Child In Need Of Assistance"; and No Will or Trust granting custody to CIRCUIT COURT FOR HOWARD COUNTY, LENORE R. GELFMAN, d/b/a ADMINSTRATIVE JUDGE, MARY ORTON KRAMER, d/b/a ASSOCIATE JUDGE (at the time MASTER IN CHANCERY), MARYLAND DEPT. OF HUMAN RESOURCES or THERESA JAYOUNG MOSLEY?

14) What is the Protocol/Procedure for removing a child from the custody of one entity to another?

15) Is it proper Protocol/Procedure for the CIRCUIT COURT FOR HOWARD COUNTY to Deprive ARRON (AARON) FREDERICK LEMON$_{TM}$ and the Central Authority of Origin, of Child, [*property/goods/livestock*] without a Contract or Due Process?

16) Is it proper Protocol/Procedure for the CIRCUIT COURT FOR HOWARD COUNTY to Contract ARRON (AARON) FREDERICK LEMON$_{TM}$ and the Central Authority of Origin with MARYLAND DEPT. OF HUMAN RESOURCES and THERESA JAYOUNG MOSLEY, without consent?

17) According to the Records of the CIRCUIT COURT FOR HOWARD COUNTY, at what point did the MARYLAND DEPT. OF HUMAN RESOURCES and THERESA JAYOUNG MOSLEY [*credit*] Anything to ARRON (AARON) FREDERICK LEMON$_{TM}$ or the Central Authority of Origin to have either one INDEBTED to the MARYLAND DEPT. OF HUMAN RESOURCES and THERESA JAYOUNG MOSLEY via an ORDER from the CIRCUIT

COURT FOR HOWARD COUNTY?

18) Is it proper Protocol/Procedure for the CIRCUIT COURT FOR HOWARD COUNTY to pose as a DEBT COLLECTOR concerning case/account #s 13C09077476/30059811?

19) According to the Records of the CIRCUIT COURT FOR HOWARD COUNTY, how much profit was derived from case/account #s 13C09077476/30059811?

20) Is it proper Protocol/Procedure for the CIRCUIT COURT FOR HOWARD COUNTY to have engaged in "Human Trafficking, Antitrust &Racketeering Activity", Operating by and through the EMPLOYEES/OFFICERS/USURPERS thereof, to Violate the Law codified at *TITLES 1 U.S.C. § 112, 15 U.S.C. § 1692 and 18 U.S.C. §§ 1001, 1346 & 1962* reaffirmed in the *FAIR DEBT COLLECTION PRACTICES ACT*?

21) How is it possible that the CIRCUIT COURT FOR HOWARD COUNTY, Operating by and through the EMPLOYEES/OFFICERS/USURPERS thereof, didn't/couldn't foresee the impact of THEIR actions?

22) How is it possible that the CIRCUIT COURT FOR HOWARD COUNTY, Operating by and through the EMPLOYEES/OFFICERS/USURPERS thereof, did not cause the damages as indicated in the accompanying Complex Bill In Equity, page 9 Count 4?

23) Does the CIRCUIT COURT FOR HOWARD COUNTY assume or presume that THERESA JAYOUNG MOSLEY has more [*rights*] than ARRON (AARON) FREDERICK LEMON and/or RA JAH ALLAH SHALLAH BARAQUAT?

24) Does the CIRCUIT COURT FOR HOWARD COUNTY assume or presume that ARRON (AARON) FREDERICK LEMON and/or RA JAH ALLAH SHALLAH BARAQUAT are property of the STATE OF MARYLAND # 00-196-9443, CIRCUIT COURT FOR HOWARD COUNTY and/or MARYLAND DEPT. OF HUMAN RESOURCES?

25) Is the CIRCUIT COURT FOR HOWARD COUNTY willing to cure IT'S Dishonor?

**PLAINTIFF'S SECOND SET OF INTERROGATORIES**

## TO MARYLAND DEPARTMENT OF HUMAN RESOURCES

To the extent MARYLAND DEPT. OF HUMAN RESOURCES'S response to any of the Requests for Admission set forth in the accompanying Plaintiff's Second Set of Requests for Admission to the MARYLAND DEPT. OF HUMAN RESOURCES is anything other than an unqualified admission, please (i) state all facts upon which MARYLAND DEPT. OF HUMAN RESOURCES'S refusal to admit is based; (ii) identify all persons with knowledge of any such facts; (iii) identify all documents that support MARYLAND DEPT. OF HUMAN RESOURCES'S refusal to admit; and (iv) state all facts supporting MARYLAND DEPT. OF HUMAN RESOURCES'S claim.

1) Is the MARYLAND DEPT. OF HUMAN RESOURCES, a "for profit" VESSEL Organized and Existing Under the Laws of the United States?

2) Is the MARYLAND DEPT. OF HUMAN RESOURCES, Operating by and through the EMPLOYEES/OFFICERS/USURPERS thereof?

3) Is the MARYLAND DEPT. OF HUMAN RESOURCES bound by the Laws of the *Universal Declaration of Human Rights, Conventions, united States Constitution, Bill of Rights, Maryland Constitution, Maryland Declaration of Rights*, reaffirmed in the *Statutes At Large,* codified in *MD CODE ANN., F.R.C.P., F.R.CR.P., FEDERAL RULES OF EVIDENCE, U.S.C., C.F.R., UNIFORM COMMERCIAL CODE,* and Upheld by the *united States Supreme Court?*

4) Does the MARYLAND DEPT. OF HUMAN RESOURCES, Operating by and through the EMPLOYEES/OFFICERS/USURPERS thereof, Recognize the Laws of the *Universal Declaration of Human Rights, Conventions, united States Constitution, Bill of Rights, Maryland Constitution, Maryland Declaration of Rights*, reaffirmed in the *Statutes At Large,* codified in *MD CODE ANN., F.R.C.P., F.R.CR.P., FEDERAL RULES OF EVIDENCE, U.S.C., C.F.R., UNIFORM COMMERCIAL CODE,* and Upheld by the *united States Supreme Court?*

5) Does the MARYLAND DEPT. OF HUMAN RESOURCES, Operating by and through the EMPLOYEES/OFFICERS/USURPERS thereof, Recognize the [*aggrieved party*] & Central

Authority of Origin's [*rights*] as stated in the *Universal Declaration of Human Rights, Conventions, united States Constitution, Bill of Rights, Maryland Constitution, Maryland Declaration,of Rights*, reaffirmed in the *Statutes At Large*, codified in *MD CODE ANN., F.R.C.P., F.R.CR.P., FEDERAL RULES OF EVIDENCE, U.S.C., C.F.R., UNIFORM COMMERCIAL CODE,* and Upheld by the *united States Supreme Court?*

6) Under what [*right(s)*] does the MARYLAND DEPT. OF HUMAN RESOURCES, Operating by and through the EMPLOYEES/OFFICERS/USURPERS thereof, have to Ignore/Disregard State and Federal Law?

7) Is it proper Protocol/Procedure for the MARYLAND DEPT. OF HUMAN RESOURCES to Contract ARRON (AARON) FREDERICK LEMON$_{TM}$ and the Central Authority of Origin with MARYLAND DEPT. OF HUMAN RESOURCES and THERESA JAYOUNG MOSLEY, without consent?

8) According to the Records of the MARYLAND DEPT. OF HUMAN RESOURCES, at what point did the MARYLAND DEPT. OF HUMAN RESOURCES and THERESA JAYOUNG MOSLEY [*credit*] Anything to ARRON (AARON) FREDERICK LEMON$_{TM}$ or the Central Authority of Origin to have either one INDEBTED to the MARYLAND DEPT. OF HUMAN RESOURCES and THERESA JAYOUNG MOSLEY via an ORDER from the CIRCUIT COURT FOR HOWARD COUNTY?

9) Is it proper Protocol/Procedure for the MARYLAND DEPT. OF HUMAN RESOURCES to pose as a DEBT COLLECTOR concerning case/account #s 13C09077476/30059811?

10) According to the Records of the MARYLAND DEPT. OF HUMAN RESOURCES, how much profit was derived from case/account #s 13C09077476/30059811?

11) Is it proper Protocol/Procedure for the MARYLAND DEPT. OF HUMAN RESOURCES to have engaged in "Human Trafficking, Antitrust &Racketeering Activity", Operating by and through the EMPLOYEES/OFFICERS/USURPERS thereof, to Violate the Law codified at *TITLES 1 U.S.C. § 112, 15 U.S.C. § 1692 and 18 U.S.C. §§ 1001, 1346 & 1962* reaffirmed in the

*FAIR DEBT COLLECTION PRACTICES ACT?*

12) How is it possible that the MARYLAND DEPT. OF HUMAN RESOURCES, Operating by and

through the EMPLOYEES/OFFICERS/USURPERS thereof, didn't/couldn't foresee the impact

of THEIR actions?

13) How is it possible that the MARYLAND DEPT. OF HUMAN RESOURCES, Operating by and

through the EMPLOYEES/OFFICERS/USURPERS thereof, did not cause the damages as

indicated in the accompanying Complex Bill In Equity, page 9 Count 4?

14) Does the MARYLAND DEPT. OF HUMAN RESOURCES assume or presume that THERESA

JAYOUNG MOSLEY has more [*rights*] than ARRON (AARON) FREDERICK LEMON and/or

RA JAH ALLAH SHALLAH BARAQUAT?

15) Does the MARYLAND DEPT. OF HUMAN RESOURCES assume or presume that ARRON

(AARON) FREDERICK LEMON and/or RA JAH ALLAH SHALLAH BARAQUAT are

property of the STATE OF MARYLAND # 00-196-9443, CIRCUIT COURT FOR HOWARD

COUNTY and/or MARYLAND DEPT. OF HUMAN RESOURCES?

16) Did the MARYLAND DEPT. OF HUMAN RESOURCES file the proper U.S. STANDARD

CERTIFICATE OF LIVE BIRTH form and DEATH CERTIFICATE concerning ARRON

(AARON) FREDERICK LEMON$_{TM}$?

17) According to the Records of the MARYLAND DEPT. OF HUMAN RESOURCES is ARRON

(AARON) FREDERICK LEMON$_{TM}$ a BLACK PERSON or a White Man?

18) Is the birth certificate issued from/by the MARYLAND DEPT. OF HUMAN RESOURCES, or

Any agency, department or subdivision thereof, a stock registered U.S., commercial paper, or

U.S. government and municipal bond?

19) Is the birth certificate issued from/by the MARYLAND DEPT. OF HUMAN RESOURCES, or

Any agency, department or subdivision thereof registered in commerce?

20) Since the Central Authority of Origin was present at the time of creative inspiration, inception

and conception of ARRON (AARON) FREDERICK LEMON$_{TM}$ and RA JAH ALLAH

SHALLAH BARAQUAT$_{TM}$; being the Only [*Natural Man*] to [*credit*] such CORPORATE

FICTIONS with Any and All means to exist and operate; being the Only [*Natural Man*] that the

SOCIAL SECURITY ADMINISTRATION has Contracted as Authorized Representative of

such CORPORATE FICTIONS, under what [*right(s)*] is it possible for the MARYLAND DEPT.

OF HUMAN RESOURCES and THERESA JAYOUNG MOSLEY, to initiate action against

ARRON (AARON) FREDERICK LEMON$_{TM}$ and the Central Authority of Origin in the

CIRCUIT COURT FOR HOWARD COUNTY without a Contract?

21) Does the MARYLAND DEPT. OF HUMAN RESOURCES have a contract with ARRON

(AARON) FREDERICK LEMON$_{TM}$ or the Central Authority of Origin?

22) Did the MARYLAND DEPT. OF HUMAN RESOURCES file a UCC 1 FINANCING

STATEMENT establishing DEBTOR and Creditor relationship between ARRON (AARON)

FREDERICK LEMON$_{TM}$ or the Central Authority of Origin and the MARYLAND DEPT. OF

HUMAN?

Done at _____ this _____ day of _____ 2015

 

Signature and stamp of the judicial or other
adjudicatory Authority of the State of origin

Signature and stamp of the Central
Authority of the State of Origin

## ANNEX TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY
### CERTIFICATE OF EXECUTION

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original Letter Rogatory, the undersigned Central Authority has the honor to certify the following:

*A. That one copy of the documents attached to this Certificate has been served or delivered as follows:
To:

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
c/o CHIEF JUDGE CATHERINE C. BLAKE
101 W. Lombard Street
Baltimore, Maryland 21201                                   [70140510000190198635]

UNITED STATES DEPARTMENT OF JUSTICE DISTRICT OF MARYLAND
c/o ROD J. ROSENSTEIN d/b/a U.S.ATTORNEY GENERAL DISTRICT OF MARYLAND
36 S. Charles Street
Baltimore, Maryland 21201                                   [70140510000190198642]

U.S. DEPT. OF STATE, OFFICE OF CHILDREN'S ISSUES
c/o HENRY H. HAND d/b/a DIRECTOR
SA-17, 9th Floor
WASHINGTON, DC 20522                                        [70140510000190198659]

UNITED STATES ORGANIZATION OF AMERICAN STATES
c/o MICHAEL J. FITZPATRICK d/b/a DEPUTY PERMANENT REPRESENTATIVE
200 17th St NW
Washington, DC 20006                                        [70140510000190198666]

FEDERAL TRADE COMMISSION
c/o EDITH RAMIREZ d/b/a CHAIRWOMAN
600 Pennsylvania Avenue, NW
Washington, DC 20580                                        [70140510000190198673]

SECURITIES AND EXCHANGE COMMISSION
c/o MARY JO WHITE, d/b/a/ CHAIRWOMAN
100 F Street, NE
Washington, DC 20549                                        [70140510000190198680]

FEDERAL BUREAU OF INVESTIGATIONS
c/o KEVIN PERKINS d/b/a SPECIAL AGENT IN CHARGE
2600 Lord Baltimore Drive
Windsor Mill, Maryland 21244                                [70140510000190198697]

INTERNAL REVENUE SERVICE
c/o JOHN KOSKINEN d/b/a COMMISSIONER
1111 Constitution Avenue, NW #5480
Washington, DC 20224                                             [70140510000190198703]

MARYLAND OFFICE OF ATTORNEY GENERAL
c/o BRIAN E. FROSH, d/b/a ATTORNEY GENERAL
200 Saint Paul Place
Baltimore, Maryland 21202                                        [70140510000190198710]


OFFICE OF THE MARYLAND SECRETARY OF STATE
c/o JOHN C. WOBENSMITH d/b/a SECRETARY OF STATE
16 Francis Street
Annapolis, Maryland 21401                                        [70140510000190198727]

CIRCUIT COURT FOR HOWARD COUNTY
c/o LENORE R. GELFMAN, d/b/a ADMINISTRATIVE JUDGE
8360 Court Avenue
Ellicott City, Maryland 21043                                    [70140510000190198734]

MARYLAND DEPT. OF HUMAN RESOURCES
c/o SAMIR MALHOTRA, d/b/a SECRETARY OF HUMAN RESOURCES
311 West Saratoga Street
Baltimore, Maryland 21201                                        [70140510000190198741]

By one of the following methods authorized by the Convention.

*(1) In accordance with the special procedure or additional formalities that are described below, as

provided for in the second paragraph of Article 10 of the above-mentioned Convention, or

*(2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized

agent, or

*(3) If the person or the authorized agent of the entity to be served was not found, in accordance with the

law of the State of destination:

Federal Rules of Civil Procedure Rule 4

*B. That the documents referred to in the Letter Rogatory have been delivered to the twelve (12) above

Mentioned Central Authorities of Destination.

*C. That the documents attached to this Certificate:

Complex Bill In Equity dated the 24 day of August 2015, 19 pages and filed 15AUG28 AM10:21

Money Order in the amount of $46 payable to the UNITED STATES DISTRICT COURT FOR THE

21

DISTRICT OF MARYLAND.

*D. In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____ the _____ day of _____ 2015

Signature and stamp of Central Authority of the State of destination



22